IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. |
| DERRICK DAEYON MURRELL (01) | 4-20CR-244-0 |

# INDICTMENT

The Grand Jury Charges:

## Count One

Possession of a Controlled Substance with Intent to Distribute
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B))

On or about August 18, 2020, in the Fort Worth Division of the Northern District of Texas, defendant **Derrick Daeyon Murrell** did knowingly and intentionally possess with intent to distribute 50 grams or more of mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

Indictment - Page 1

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

A TRUE BILL.

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

DERRICK DAEYON MURRELL (01)

INDICTMENT

21 U.S.C. § 841(a)(1) and (b)(1)(B)
Possession with Intent to Distribute a Controlled Substance
1 Count

A true bill rendered

FORT WORTH                                                                                    FOREPERSON

Filed in open court this 16th day of September, 2020.

**Defendant in Federal Custody since August 26, 2020.**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:20-MJ-541-BJ (01)