IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

NITED STATES OF AMERICA

v.  No. 4:20-CR-244-O

DERRICK DAEYON MURRELL (01)

## FACTUAL RESUME

INDICTMENT: Count One: Possession of a Controlled Substance with intent to Distribute (methamphetamine) (in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B))

PENALTY: $5,000,000 fine - not less than 5 years' imprisonment and not more than 40 years' imprisonment, or both such fine and imprisonment, plus a term of supervised release of not less than 4 years.

### MAXIMUM PENALTY:

$5,000,000 fine, and not less than 5 years' imprisonment and not more than 40 years' imprisonment, plus a term of supervised release of not less than 4 years. If the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement. Further the Court must impose a Mandatory Special Assessment of $100.00.

### ELEMENTS OF THE OFFENSE:

The essential elements which must be proved beyond a reasonable doubt in order to establish the offenses charged in Count One of the Indictment are as follows:

First:   That the defendant knowingly possessed a controlled substance;

Second:  That the substance was in fact methamphetamine;

Third:   That the defendant possessed the substance with the intent to distribute it; and

Fourth: That the quantity of the substance involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

STIPULATED FACTS:

On August 18, 2020, FBI Agents/Officers arrested Derrick Daeyon Murrell in possession of approximately two kilograms of methamphetamine. Derrick Daeyon Murrell possessed the methamphetamine with the intent to distribute it to others.

SIGNED this 7th day of October, 2020.

DERRICK DAEYON MURRELL
Defendant

WILLIAM COX, III
Counsel for Defendant