4-20CR-244-O



DEC 11 2023

CLERK, U.S. DISTRICT COURT
By_____ Deputy

**United States District Court
for the Northern District of Texas
Fort Worth Division**

United States of America,
   *Plaintiff*,

MCFP - Springfield
Place of Confinement

v.

#06561509
Federal Register Number

Derrick Daeyon Murrell,
   *Defendant*.

4:20-cr-244
Criminal Case Number

**Defendant's Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2)
and Amendment 821 to the Federal Sentencing Guidelines:**

_____ Based on U.S.S.G. § 4C1.1 Adjustment for Zero-Point Offenders (for those assessed zero criminal history points at sentencing)

 ✓ Based on U.S.S.G. § 4A1.1(d) & (e) Criminal History Category (for those who received "status" points for being under a criminal justice sentence at the time of the offense)

---

**Instructions - Read Carefully**

1. The court has received your request regarding a sentence reduction under Amendment 821 to the Sentencing Guidelines (effective November 1, 2023). You must complete this form motion and return it to the appropriate divisional office listed in instruction 3, below, to enable the court to consider your request. This form should only be used when requesting a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines and for no other purpose. Amendment 821 provides for reduction in offense level for certain offenders with zero criminal history points (U.S.S.G. § 4C1.1) and reduces or eliminates status points for certain offenders who previously received status points pursuant to U.S.S.G. § 4A1.1(d). Amendment 825 authorizes retroactive reductions effective February 1, 2024 or later. A copy of your original request is included with this form for your reference.

2. This motion must be legibly handwritten or typewritten. All questions must be briefly answered in the proper space on the form.

3. Completed motions must be mailed to the **Clerk of the United States District Court for the Northern District of Texas** at the appropriate divisional office below:

**Abilene Division**
341 Pine Street
Room 2008
Abilene, TX 79601

**Amarillo Division**
205 SE 5th Avenue
Room 133
Amarillo, TX 79101

**Dallas Division**
1100 Commerce Street
Room 1452
Dallas, TX 75242

**Fort Worth Division**
501 W. 10th Street
Room 310
Fort Worth, TX 76102

**Lubbock Division**
1205 Texas Avenue
Room 209
Lubbock, TX 79401

**San Angelo Division**
33 East Twohig Avenue
Suite 202
San Angelo, TX 76903

**Wichita Falls Division**
501 W. 10th Street
Room 310
Fort Worth, TX 76102

4. Questionnaires that do not follow these instructions will be returned, and the mistake will be identified.

### Questionnaire

1. Name and location of court that entered the sentence that you are asking to reduce:

    Fort Worth Division 501 W. 10th Street Room 310 Ft Worth, TX. 76102

2. Date(s) of sentence and judgment of conviction:

    04/26/2021

3. Are you currently in prison for this sentence?

    ✓ Yes ___ No

4. If so, when is your projected date of release? 09-23-2039

5. Are you currently on supervised release? ___ Yes ✓ No

6. Are you currently in prison because you violated your supervised release for the conviction and sentence identified in response to Questions No. 1 and 2?

    ___ Yes ✓ No

7. Is your case currently on appeal? __✓__ Yes _____ No

8. Offense(s) for which you were convicted (all counts):

   Count 1: Possession of a Controlled Substance with Intent to Distribute   21 U.S.C. § 841(a)(1) and (b)(1)(B)

9. In calculating the applicable sentencing guideline range, were you assessed any criminal history points (U.S.S.G. § 4A1.1)?

   __✓__ Yes _____ No _____ Not Sure

9a. **If the answer to Question 9 is "No,"** check the box for all statements that apply to your conviction and sentence:

   ☑ I received criminal history points from Chapter Four, Part A;

   ☐ I received an adjustment under § 3A1.4 (Terrorism);

   ☐ I used violence or credible threats of violence in connection with the offense;

   ☐ the offense resulted in death or serious bodily injury;

   ☐ the instant offense of conviction is a sex offense;

   ☐ I personally caused substantial financial hardship;

   ☐ I possessed, received, purchased, transported, transferred, sold, or otherwise disposed of a firearm or other dangerous weapon (or induced another participant to do so) in connection with the offense;

   ☐ the instant offense of conviction is covered by § 2H1.1 (Offenses Involving Individual Rights);

   ☐ I received an adjustment under § 3A1.1 (Hate Crime Motivation or Vulnerable Victim) or § 3A1.5 (Serious Human Rights Offense);

   ☐ I received an adjustment under § 3B1.1 (Aggravating Role) or was engaged in a continuing criminal enterprise, as defined in 21 U.S.C. § 848; or

   ☐ none of the statements above applies to my case.

10. **If the answer to Question 9 is "Yes,"** were you assessed criminal history points for being "under any criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status" at the time of the offense (a.k.a. "status points") (U.S.S.G. § 4A1.1(d))?

    ✓ Yes _____ No _____ Not Sure

11. **If the answer to Question 10 is "Yes,"** how many criminal history points were assessed in total, including the "status points"?

    4 Criminal History Points

12. If you were sentenced on or after April 5, 2023, did the Court provide the benefit of the "status points" or "zero-point offenders" amended guidelines at your sentencing hearing prior to the effective date?

    _____ Yes _____ No _____ Not Sure

13. List any good conduct that occurred after your original sentencing hearing or any other mitigating circumstances that you would like the Court to be aware of in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

    I have been programming throughout my sentence. I have not gotten into any trouble at all. I've also been working the entire time I've been in prison. I am currently taking Education Classes and completed The Drug Treatment Course that was required of me on 10/12/2023.
    Since being incarcerated I've gone from a Medium Custody to a Low Custody, here at Springfield USMCFP - Springfield.

Page 4 of 5

For the reasons stated in this motion, I move the court for a reduction in sentence under 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines. I declare under penalty of perjury that the facts stated in this motion are true and correct.

Respectfully submitted this _November 13_, 20_23_.

_Derrick Daeyon Murrell_
Signature of Defendant

_Derrick Daeyon Murrell_
Printed Name

_# 06561-509_
BOP No.

_MCFP Springfield_
Federal Correctional Institution (if applicable)

_PO Box 4000_
Address

_Springfield Mo. 65801_
City, State & Zip Code



## Individualized Needs Plan - Program Review   (File copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: MURRELL, DERRICK DAEYON   06561-509

SEQUENCE: 02242988
Team Date: 09-19-2023

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| TRV | C | HEALTHY STEPS FOR OLDER ADULTS | 04-20-2022 | 04-24-2022 |
| TRV | C | BRAIN HEALTH AS YOU AGE FSA | 03-14-2022 | 03-14-2022 |
| TRV | C | INFECT. DISEASE PREVENT(HN 1) | 11-05-2021 | 11-05-2021 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***   

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| SPG CAD | A-DES | TRANSFER RECEIVED | 08-31-2023 | CURRENT |
| TRV | A-DES | TRANSFER RECEIVED | 07-26-2023 | 08-11-2023 |
| TRV | A-DES | US DISTRICT COURT COMMITMENT | 09-28-2021 | 12-21-2022 |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 10-13-2021 |
| CARE1-MH | CARE1-MENTAL HEALTH | 09-30-2021 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 10-15-2021 |
| NO PAPER | NO PAPER MEDICAL RECORD | 12-30-2022 |
| NOT MED CL | NOT MEDICALLY CLEARED | 08-31-2023 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|

*NO ASSIGNMENTS*

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP REFER | DRUG ABUSE PROGRAM REFER | 09-30-2021 |
| ED PART R | DRUG EDUCATION PARTICIPNT-REQD | 09-11-2023 |
| NR WAIT | NRES DRUG TMT WAITING | 09-30-2021 |



### FRP Payment Plan

| Most Recent Payment Plan |
|---|

**FRP Assignment:**   **COMPLT**   FINANC RESP-COMPLETED   **Start: 07-27-2023**

Inmate Decision:   **AGREED**   **$100.00**   Frequency: **SINGLE**
Payments past 6 months:   **$0.00**   Obligation Balance: **$0.00**

#### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $668.00    Payments commensurate ?   Y
New Payment Plan:   ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 09-28-2021 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 09-18-2023 |
| N-ANTISO Y | NEED - ANTISOCIAL PEERS YES | 09-18-2023 |
| N-COGNTV Y | NEED - COGNITIONS YES | 09-18-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 10-05-2021 |
| N-EDUC N | NEED - EDUCATION NO | 09-18-2023 |

```
REGISTER NO: 06561-509      NAME..: MURRELL                  FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: SPG-SPRINGFIELD USMCFP

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP DATE/TIME
SPG   ESL HAS   ENGLISH PROFICIENT             10-14-2021 1042 CURRENT
SPG   GED HAS   COMPLETED GED OR HS DIPLOMA    10-14-2021 1042 CURRENT

---------------------------- EDUCATION COURSES -----------------------------
SUB-FACL  DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
SPG CAD   ACT WORK KEYS                11-09-2023 CURRENT
SPG CAD   CARPENTER'S MATH             10-10-2023 CURRENT
SPG CAD   HISTORY AGE OF PROGRESS      08-07-2023 09-11-2023  P   C  P    6
TRV       MANAGING YOUR DIABETES       09-05-2022 09-08-2022  P   C  P    4
TRV       HEALTH AND WELLNESS LIFESPAN 08-22-2022 08-25-2022  P   C  P    3
TRV       HEALTH FAIR FCI RECREATION   06-13-2022 06-13-2022  P   C  P    2
TRV       TALKING TO YOUR DOCTOR FSA PRO 04-27-2022 04-27-2022 P  C  P    5
TRV       HEALTHY STEPS FOR OLDER ADULTS 04-20-2022 04-24-2022 P  C  P    5
TRV       BRAIN HEALTH AS YOU AGE FSA  03-14-2022 03-14-2022  P   C  P    5
TRV       INFECT. DISEASE PREVENT(HN 1) 11-05-2021 11-05-2021 P   C  P    1


G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

To Whom It May Concern

On this day of November 13th, 2023, I Derrick Daeyon Murrell # 06561509 writes to you asking for your help and permission of Appointing me Legal Councel towards filing and representing my Motions for Reduction. There were Amendments and Law changes that I am entitled to, so I need help in going by procedure correctly. I am indigient and need your help to obtain a Lawyer. I am currently in prison at the FBOP MCFP Springfield. Thankyou!

Respectfully,

x Derrick Daeyon Murrell
#0656509



U.S. Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.